John B. Koegel (JK-4762)
The Koegel Group LLP
161 Avenue of the Americas
New York, New York 10013
(212) 255-7744

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL RESIKA, MICHAEL STEINER, GIORGIO
CAVALLON FAMILY LIMITED PARTNERSHIP,
DOLORES T. HILDING, GEORGE MCNEIL
CHARITABLE TRUST, and HELEN MCNEIL,

                Plaintiffs,

- against -

BENUCCI S.R.L.

                Defendant.

07 CIV 9668

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GIORGIO CAVALLON FAMILY LIMITED PARTNERSHIP, and GEORGE MCNEIL CHARITABLE TRUST (private non-governmental parties) certify that there are no corporate parents, affiliates and/or subsidiaries of these parties, which are publicly held.

Dated: October 31, 2007

                                                           John B. Koegel (JK 4762)

1