USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PAUL RESIKA, *ET AL.*,                :        07 Civ. 9668 (SHS)

              Plaintiffs,        :

    -against-                    :        <u>ORDER</u>

BENUCCI S.R.L.,                    :

             Defendant.        :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that the next pretrial conference will be held on February 15, 2008, at 11:30 a.m.

Dated: New York, New York
       January 25, 2008

SO ORDERED:

*(signature)*
Sidney H. Stein, U.S.D.J.