UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAUL RESIKA, MICHAEL STEINER, GIORGIO CAVALLON FAMILY LIMITED PARTNERSHIP, DOLORES T. HILDING, GEORGE MCNEIL CHARITABLE TRUST, and HELEN MCNEIL,

                    Plaintiffs,

- against -

BENUCCI S.r.l.,

                    Defendant.

07 Civ. 9668 (SHS)

APPEARANCE AND ACKNOWLEDGEMENT OF SERVICE

---

Pursuant to FRCP Rule 4(d) the undersigned hereby acknowledges receipt of the Complaint and waives service of a Summons upon the Defendant and appears on behalf of the Defendant in this action.

This acceptance of service and this appearance does not waive any objection to venue or to the jurisdiction of the Court over the person of the Defendant.

Dated: New York, New York
       January 28, 2008

LAW OFFICE OF WILLIAM COUDERT RAND

By: *[signature]*
William C. Rand (WCR-7685)
711 Third Avenue, Suite 1505
New York, New York 10017
Tel: (212) 286-1425
Fax: (212) 559-7909
wcrand@wcrand.com
*Attorneys for Defendant Benucci, S.r.l.*

To:    The Koegel Group LLP
        *Attorneys for Plaintiffs*
        161 Avenue of the Americas
        New York, New York 10013