```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| PAUL RESIKA, *ET AL.*, | : | 07 Civ. 9668 (SHS) |
| Plaintiffs, | : | |
| -against- | : | <u>ORDER</u> |
| BENUCCI S.R.L., | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    Defendant shall file its motion to dismiss the complaint on or before March 7, 2008;

    2.    Plaintiffs shall file their opposition to the motion on or before March 21, 2008;

    3.    Defendant shall reply on or before March 28, 2008; and

    4.    If no motion is made, the parties shall notify the Court, in writing, to schedule a pretrial conference.

Dated: New York, New York
       February 15, 2008

                                                  SO ORDERED:

                                                  _____
                                                  Sidney H. Stein, U.S.D.J.