UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAUL RESIKA, MICHAEL STEINER, GIORGIO
CAVALLON FAMILY LIMITED PARTNERSHIP,
DOLORES T. HILDING, GEORGE MCNEIL
CHARITABLE TRUST, and HELEN MCNEIL,

ECF
07 Civ. 9668 (SHS)

Plaintiffs,

- against -

BENUCCI S.r.l.,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DECLARATION OF WILLIAM C. RAND, ESQ.

I, William C. Rand, hereby declare under penalty of perjury that the following is true:

1. I am the attorney for Defendant Benucci S.R.L. in this action. I make this declaration in connection with Defendant Benucci's motion to dismiss Plaintiffs' fraudulent conveyance claims on the grounds that the Complaint fails to plead these claims with the particularity required by Rule 9(d).

2. I have attached hereto as Exhibit A a true and accurate copy of the Complaint filed in this action.

3. I have attached hereto as Exhibit B a true and accurate copy of the Chapter 11 Petition filed by Salander-O'Reilly Galleries, LLC in the Bankruptcy court for the Southern district of New York.

Dated: March 7, 2008

s/William C. Rand

_____
William C. Rand
Attorney for Defendant Benucci, S.R.L.