UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
PAUL RESIKA, et al.
:
                       Plaintiffs,       07 Civ. 9668 (BSJ) (DF)
:
      -against-                               ORDER
:
BENUCCI, S.r.l,
:
                     Defendant.
:
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

      The Court having held a telephone conference on May 6, 2009, with counsel for plaintiffs and counsel for defendant, it is hereby ORDERED that:

      1.      The parties are directed to attempt in good faith to resolve any disputes regarding documents withheld from production by defendant on the basis of any claimed privilege. To the extent the parties are not able to resolve their privilege disputes, the document(s) in question should be submitted to the Court for *in camera* review, no later than May 18, 2009. By the same date, the parties may also make brief letter submissions to the Court regarding their respective positions as to whether these documents are discoverable.

      2.      All fact discovery in this action shall be completed no later than July 31, 2009.

      3.      The parties are directed to submit a jointly proposed schedule for the completion of expert discovery.

1

4.  The parties shall participate in a follow-up telephone conference call with this Court on May 28, 2009, at 11:00 a.m., and are directed jointly to initiate such call to my chambers on that date.

Dated: New York, New York
      May 8, 2009

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

John B. Koegl, Esq.
The Koegel Group LLP
161 Avenue of the Americas
New York , NY 10013
212 255-7744
Fax: 212 337-1103

William Coudert Rand, Esq.
Law Office of William Coudert Rand
711 Third Avenue, Suite 1505
New York , NY 10017
212-286-1425
Fax: 212-599-7909